2:17-MJ-029-JCF

# United States District Court
## Violation Notice

**CVB Location Code:** NG10

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FAOQ00AG | ANGEL | 1843 |

FAOQ00AG

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense |
|---|---|
| 06/17/2017  20:00 | FED   36CFR   2616H |

**Place of Offense:** PATTERSON GAP

**Offense Description: Factual Basis for Charge** ☐ HAZMAT

POSSESSION / REMOVAL GINSENG W/O PERMIT

( 79 ROOTS )

### DEFENDANT INFORMATION

Phone: (   )

| Last Name | First Name | M.I. |
|---|---|---|
| CAMPBELL | SCOTTY | |

**Street Address:** 114 COFFEE ROAD

| City | State | Zip | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| CLAYTON | GA | 30525 | 12/09/1965 |

| Drivers License No. | CDL ☐ | D.L. | Social Security No. |
|---|---|---|---|
| | | | 402960784 |

[X] Adult ☐ Juvenile  Sex ☐ M ☐ F  Race   Hair   Eyes   Height   Weight

### VEHICLE  VIN                                      CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B [X] IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | Amount | |
|---|---|---|
| | $4,250.00 | Forfeiture Amount |
| | $30.00 | Processing Fee |
| PAY THIS AMOUNT | $4,280.00 | Total Collateral |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| FEDERAL BUILDING | |
| 121 SPRING ST. SE ROOM 201, GAINESVILLE, GA. | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant _____

Previous edition is obsolete   Original - CVB Copy   FS-5300-4 (7/05)

FAOQ00AG

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on __June 17, 2017__ while exercising my duties as a law officer in the __Northern__ District of __GA__

Pursuant to 16USC 551: In the Chattahoochee National Forest, Rabun County, Patterson Gap road:
Officer D. BREEDLOVE and I were on Patterson Gap road ( county portion ) when we observed a male walking the edge of the roadway with a walking stick toward Patterson Gap. As we got closer I observed the male was wearing wet clothing and was very dirty in appearance. There were no vehicles parked anywhere on the roadside. We stopped to contact the male to see what he had been doing since he was so wet and it had been some time since the last rain shower.   We pulled up beside the male and I exited the vehicle and asked if everything was okay and why he was so wet. He stated that he had been lost while out hiking. The male was asked about where he had been hiking. He replied that he had been out all over the mountains. I asked where was his vehicle and where did he start his hike from. He stated that he was camping at the top of the mountain with some friends ( USFS property ). He went hiking and had gotten lost and found his way back to the road. He also stated that his friends might be out looking for him.   I became suspicious of his story with his clothing being so wet and dirty. I felt that he had been digging ginseng. I felt that he had been digging ginseng for several reasons:1) I have made several ginseng cases in the past. I know from experience that ginseng poachers are dropped off in the woods so that a vehicle is not located parked on the roadside in a remote location outside of a hunting season. There were no hunting seasons open at the time of contact.2) The location of the contact is in an environment where ginseng grows. Ginseng has a limited growing area due to moisture. Additionally, the left ( east ) side of the road is all USFS land I knew that due to the vast amount of land in the area the digger was more than likely digging ginseng on public land instead of on the west ( right ) side of the road. 3) The wet clothing would indicate that someone had been in the woods for a period of time since the last rain shower.4) I noticed that he was wearing dirty clothing and I noticed that his hands were also dirty. I felt the amount of dirt was excessive of anyone just hiking and getting caught in a rain shower. The appearance of the males clothing was very consistent with suspects that I have contacted and charged for poaching ginseng in the past.The time of day helped to conceal the movement of the digger and make detection more difficult. 6) When the male was asked about what he was doing while out hiking, the male stated just out looking for stuff. 7) During further conversation about camping he seemed to lack details I then asked him if he had been digging. He admitted to digging ginseng. The male was asked to empty the large bulge in his left pants pocket and he produced fresh dug ginseng.

The foregoing statement is based upon:
MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed  __June 17, 2017__   _[signature]_
          Date (mm/dd/yyyy)    Officer's Signature

☐ Probable cause has been stated for the issuance of a

Executed on: _____
             Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident